Chris Koster, Attorney General, Nathan M. Priestaf, Assistant Attorney General, Jefferson City, MO, for Respondents.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

**Order**

Before Division Two: ALOK AHUJA, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.

**Order**

PER CURIAM:

Tony M. Bowman appeals the denial, following an evidentiary hearing, of his Rule 29.15 post-conviction motion. Bowman claims that the motion court erred in denying his claim of ineffective assistance of counsel based on his allegation that trial counsel refused to allow him to testify at trial. Finding no error, we affirm. Rule 84.16(b).

**Tony BOWMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74319.**

Missouri Court of Appeals,
Western District.

May 28, 2013.

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.